IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE MIMS,

      Petitioner,                      No. 2:12-cv-0200 MCE EFB P

    vs.

K. HARRINGTON,

      Respondent.              ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 27, 2012, petitioner requested an extension of time to file his traverse. *See* Fed. R. Civ. P. 6(b). Good cause appearing, the request will be granted.

      Petitioner has also requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

////

////

1

1 |       Accordingly, it is ORDERED that

2 |       1.  Petitioner's request for an extension of time to file (Dckt. No. 20) is granted and petitioner has 30 days from the date this order is served to file his traverse; and

      2.  Petitioner's request for appointment of counsel (Dckt. No. 20) is denied without prejudice.

Dated: August 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE