IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE MIMS,

    Petitioner,                   No. 2:12-cv-0200 MCE EFB P

    vs.

K. HARRINGTON,

    Respondent.              <u>ORDER</u>

                                    /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 27, 2012, petitioner requested an extension of time to file his traverse. *See* Fed. R. Civ. P. 6(b). Good cause appearing, the request will be granted.

       Petitioner has also requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

////

////

1

Accordingly, it is ORDERED that

1.  Petitioner's request for an extension of time to file (Dckt. No. 20) is granted and petitioner has 30 days from the date this order is served to file his traverse; and

2.  Petitioner's request for appointment of counsel (Dckt. No. 20) is denied without prejudice.

Dated:  August 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE