IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE MIMS,

    Petitioner,                   No. 2:12-cv-0200 MCE EFB P

    vs.

K. HARRINGTON,

    Respondent.              ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 1 and October 2, 2012, petitioner requested a second extension of time to file his traverse (Dckt. Nos. 22, 23). *See* Fed. R. Civ. P. 6(b). Good cause appearing, the request will be granted.

    Accordingly, it is ORDERED that

    1.  Petitioner's request for an extension of time to file (Dckt. No. 22) is granted and petitioner has 30 days from the date this order is served to file his traverse; and

    2.  Petitioner's request for an extension of time (Dckt. No. 23) is denied as duplicative and unnecessary.

Dated: October 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE